252 So.2d 666

### GRAND ISLE CAMPSITES, INC.

v.

### Richard E. CHEEK and Edward V. Fetzer.

### No. 51647.

Oct. 1, 1971.

In re: Grand Isle Campsites, Inc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 249 So.2d 268.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.